UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBRA ZANETTI and DANIEL TRONGONE, class representatives on behalf of themselves and others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>IKO MANUFACTURING, INC., a Delaware Corporation,<br><br>  Defendants. | Civil Action No. 09-CV-02017 (DRD/MAS)<br><br>**ORDER GRANTING DEFENDANT AN EXTENSION OF TIME WITHIN WHICH TO ANSWER OR RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** |

This matter having come before the Court upon the application of Defendant IKO Manufacturing, Inc., by and through its attorneys Schwartz Kelly, LLC, for an extension of time within which to answer or otherwise respond to Plaintiffs' Amended Complaint, upon notice to Plaintiffs, by and through their counsel, and upon Plaintiffs' consent, and for other good cause appearing,

It is on this __14Th__ day of ~~August~~ July, 2009 ORDERED that Defendant's motion for an extension of time to answer or otherwise respond to Plaintiffs' Amended Complaint is hereby GRANTED. Defendant IKO's answer or responsive pleading is due **August 13, 2009**.

_____
,U.S.D.J.