UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
SEP 0 3 2009
AT 8:30 M
WILLIAM T. WALSH, CLERK

| | |
|---|---|
| DEBRA ZANETTI and DANIEL TRONGONE, class representatives on behalf of themselves and others similarly situated, | Case No. 09-CV-02017 (DRD/MAS) |
| Plaintiffs, | **ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** |
| v. | |
| IKO MANUFACTURING, INC., a Delaware Corporation, | |
| Defendants. | |

This matter having been brought before the Court upon the Motion of Defendant IKO Manufacturing, Inc., upon notice to Plaintiffs by and through their counsel, and the Plaintiffs' having consented to the relief herein requested, and upon the Court having reviewed the moving papers and for good cause shown,

It is on this 3rd day of September, 2009 ORDERED that the Motion is GRANTED, and the time within which IKO Manufacturing, Inc. may answer or otherwise plead in this matter is deferred until thirty (30) days after the Judicial Panel on Multidistrict Litigation has issued its ruling on the location of the consolidated cases. Defendant shall e-file a status letter by 9/30/09.

s/Michael A. Shipp
Michael A. Shipp
United States Magistrate Judge