# SCHWARTZ KELLY, LLC
Counselors at Law
67 Beaver Avenue, Suite 25
Annandale, New Jersey 08801
(908) 735-2377 ♦ (908) 735-2388 (fax)
www.schwartzkelly.com

Vanessa M. Kelly*
Gregory J. Schwartz

---

*Admitted in NY, NJ and MT*
*Also Admitted in AZ*

September 30, 2009

Honorable Michael A. Shipp, U.S.M.J.
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

      Re:  Debra Zanetti v. IKO Manufacturing, Inc.
         Docket No. 2:09-cv-02017-DRD-MAS

Dear Judge Shipp:

    This Firm represents Defendant IKO Manufacturing, Inc. ("IKO Manufacturing") in the captioned matter.  Pursuant to the Court's September 6, 2009 Order Extending Time for Defendant to Answer or Otherwise Respond to Plaintiffs' Amended Complaint, IKO Manufacturing respectfully submits this status letter regarding the proceedings pending before the Judicial Panel on Multidistrict Litigation ("JPML").

    A motion to transfer this and three other putative class actions for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407 was filed with the JPML on August 6, 2009.  That motion to transfer is fully briefed and the parties expect the motion to be heard during the JPML's November, 2009 Hearing Session.  Additionally, IKO Manufacturing and Plaintiffs filed a joint motion requesting that this Court stay the within proceedings pending the JPML's decision.  That motion is returnable October 19, 2009 before the Honorable Dickinson R. Debevoise, U.S.D.C.

                                          Respectfully submitted,

                                          Vanessa M. Kelly

cc: Counsel List Attached



# SCHWARTZ KELLY, LLC
Counselors at Law
67 Beaver Avenue, Suite 25
Annandale, New Jersey 08801
(908) 735-2377 ♦ (908) 735-2388 (fax)
www.schwartzkelly.com

Vanessa M. Kelly*
Gregory J. Schwartz

---

*Admitted in NY, NJ and MT*
*Also Admitted in AZ*

## Counsel List

**Attorneys for Plaintiffs**

Charles J. La Duca, Esq.
Brendan S. Thompson, Esq.
CUNEO GILBERT & LADUCA, LLP
507 C. Street NE
Washington, DC 2002

Michael M. Weinkowitz, Esq.
Charles Schaffer, Esq.
Arnold Levin, Esq.
LEVIN, FISHBEIN, SEDRAN & BERMAN, ESQS.
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Clayton D. Halunen, Esq.
Shawn J. Wanta, Esq.
HALUNEN & ASSOCIATES
1650 South Eighth Street
Minneapolis, Minnesota 55402

Robert J. Shelquist, Esq.
LOCKRIDGE, GRINDAL & NAUNEN, P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401

**Attorneys for Defendants**

Vanessa M. Kelly, Esq.
SCHWARTZ KELLY, LLC
67 Beaver Avenue, Suite 25
Annandale, New Jersey 08801

Jeffrey Baltruzak, Esq.
Christopher M. Murphy, Esq.
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606



**Schwartz Kelly, LLC**
Counselors at Law

September 30, 2009
Page 3

Michael A. McShane, Esq.
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, California 94105